Steven J. Rothans, SBN 106579
Kimberly Sarmiento, SBN 345641
CARPENTER, ROTHANS & DUMONT
500 South Grand Ave, 19th Floor
Los Angeles, California 90071
T: 213-228-0400 / F: 213-228-0401
srothans@crdlaw.com / ksarmiento@crdlaw.com

Attorneys for Defendant, City of Carmel-By-The-Sea

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN BARRETT, individually and on behalf of JAMES MARSHALL, | 5:25-cv-05846-SVK<br>*Hon. Susan van Keulen* |
| Plaintiff, | **STIPULATION TO CONTINUE DEFENDANTS' RESPONSIVE PLEADING DEADLINE** |
| vs. | |
| CITY OF CARMEL (CARMEL BY THE SEA); PAUL TOMASI, GERALD MALDONADO, RENE GUEVARA, and DOES 1-10, inclusive, | |
| Defendants. | |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD**:

1. This civil action arises out of an officer-involved shooting incident between officers with the Carmel-By-The-Sea Police Department and Decedent James Marshall, which occurred on October 25, 2024.

2. Plaintiff Ellen Barrett initiated the litigation by filing her Complaint for Damages, which is the current operative pleading, on July 11, 2025. She has served all defendants currently named in the action, and through telephonic discussions, the parties agreed that Defendants would file a responsive pleading deadline on August 21, 2025.

1

3.      Thereafter, on August 12, 2025, the parties commenced discussions about participating in early mediation to hopefully reach a resolution of the action. The parties agreed to mediating with Richard Copeland, Esq. of Conflict Resolution Services.  The parties inquired with Mr. Copeland regarding his availability, and the earliest date he has available, which works for both parties is December 5, 2025.

4.      The parties respectfully submit that they are hopeful they can resolve this case at the mediation set in December.  Accordingly, they have agreed to continue all Defendants' deadline to file a responsive pleading to December 19, 2025, which is 14 days following the mediation.  This is in an effort to avoid unnecessary time and expense for both parties and in the interest of judicial economy by sparing the Court's time pending the parties' participation in early mediation.

    IT IS SO STIPULATED.

DATED:  August 22, 2025                    LAW OFFICES OF DALE K. GALIPO

                                           By:  ___/s/ Marcel Sincich_____
                                                Dale K. Galipo
                                                Marcel Sincich
                                                Attorneys for Plaintiff Ellen Barrett


DATED: August 22, 2025                     CARPENTER, ROTHANS & DUMONT

                                           By:  /s/ *Kimberly Sarmiento*_____
                                                Steven J. Rothans, Esq.
                                                Kimberly Sarmiento
                                                Attorneys for Defendants,
                                                City of Carmel-By-The-Sea,
                                                Chief Paul Tomasi, Officer Gerald
                                                Maldonado, and Officer Rene Guevara

STIPULATION TO CONTINUE DEFENDANTS' RESPONSIVE PLEADING DEADLINE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DEFENDANT CITY OF CARMEL-BY-THE-SEA'S ANSWER TO PLAINTIFF'S
COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL