UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN BARRETT, individually and on behalf of JAMES MARSHALL,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF CARMEL (CARMEL BY THE SEA); PAUL TOMASI, GERALD MALDONADO, RENE GUEVARA, and DOES 1-10, inclusive,<br><br>Defendants. | 5:25-cv-05846-SVK<br>*Hon. Susan van Keulen*<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE DEFENDANTS' RESPONSIVE PLEADING DEADLINE** |

IT IS HEREBY ORDERED, following stipulation of counsel, that Defendants' responsive pleading deadline is continued to December 5, 2025.

IT IS SO ORDERED.

DATED: _____

Honorable Susan van Keulen
United States Magistrate Judge

- 1 -

[Proposed] ORDER GRANTING STIPULATION TO CONTINUE
DEFENDANTS' RESPONSIVE PLEADING DEADLINE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DEFENDANT CITY OF CARMEL-BY-THE-SEA'S ANSWER TO PLAINTIFF'S
COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL