UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN BARRETT, individually and on behalf of JAMES MARSHALL,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF CARMEL (CARMEL BY THE SEA); PAUL TOMASI, GERALD MALDONADO, RENE GUEVARA, and DOES 1-10, inclusive,<br><br>Defendants. | 5:25-cv-05846-~~SVK~~ EJD (VKD) *Hon. Susan van Keulen*<br><br>~~[PROPOSED]~~ **ORDER GRANTING STIPULATION TO CONTINUE DEFENDANTS' RESPONSIVE PLEADING DEADLINE**<br><br>**\* AS MODIFIED \*** |

IT IS HEREBY ORDERED, following stipulation of counsel, that Defendants' responsive pleading deadline is continued to December ~~5~~ 19, 2025.

The Initial Case Management Conference set for October 9, 2025, is CONTINUED to January 15, 2026, at 10:00 a.m. The Parties shall file a joint case management statement by January 2, 2026.

IT IS SO ORDERED.

DATED: _____

Honorable Edward J. Davila
United States District Judge