**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich (SBN 319508)
msincich@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333 | Fax: (818) 347-4118
*Attorneys for Plaintiff*

Steven J. Rothans, SBN 106579
Kimberly Sarmiento, SBN 345641
CARPENTER, ROTHANS & DUMONT
500 South Grand Ave, 19th Floor
Los Angeles, California 90071
T: 213-228-0400 / F: 213-228-0401
srothans@crdlaw.com / ksarmiento@crdlaw.com

Attorneys for Defendant, City of Carmel-By-The-Sea

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN BARRETT, individually and on behalf of JAMES MARSHALL, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF CARMEL (CARMEL BY THE SEA); PAUL TOMASI, GERALD MALDONADO, RENE GUEVARA, and DOES 1-10, inclusive, <br><br> Defendants. | **Case No.: 5:25-cv-05846-EJD** <br> [*Honorable Edward J. Davila*] <br><br> **JOINT NOTICE OF SETTLEMENT** |

**TO THE HONORABLE COURT**:

PLEASE TAKE NOTICE that plaintiff ELLEN BARRETT ("Plaintiff") and Defendants CITY OF CARMEL (CARMEL BY THE SEA); PAUL TOMASI, GERALD MALDONADO, and RENE GUEVARA ("Defendants"), have reached a settlement of all claims by Plaintiff against Defendants.

Upon finalization of the settlement the entire case and all defendants shall be dismissed with prejudice. Finalization is expected to occur within 30 days.

Thus, the parties request that all hearing dates be vacated and that all proceedings be stayed pending finalization of the settlement.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: January 7, 2026          **LAW OFFICES OF DALE K. GALIPO**

                                                  /s/  Dale K. Galipo
                                                Dale K. Galipo
                                                Marcel F. Sincich
                                                *Attorneys for Plaintiff*

DATED: January 7, 2026          **CARPENTER, ROTHANS & DUMONT**

                                                  /s/  Kimberly Sarmiento
                                                Steven J. Rothans
                                                Kimberly Sarmiento
                                                Attorney for Defendants, City of Carmel-By-The-Sea, Chief Paul Tomasi, Officer Gerald Maldonado, and Officer Rene Guevara