1  **LAW OFFICES OF DALE K. GALIPO**
   Dale K. Galipo (SBN 144074)
2  dalekgalipo@yahoo.com
   Marcel F. Sincich (SBN 319508)
3  msincich@galipolaw.com
   21800 Burbank Blvd., Suite 310
4  Woodland Hills, CA 91367
   Phone: (818) 347-3333 | Fax: (818) 347-4118
5  *Attorneys for Plaintiff*

6  Steven J. Rothans, SBN 106579
   Kimberly Sarmiento, SBN 345641
7  CARPENTER, ROTHANS & DUMONT
   500 South Grand Ave, 19th Floor
8  Los Angeles, California 90071
   T: 213-228-0400 / F: 213-228-0401
9  srothans@crdlaw.com / ksarmiento@crdlaw.com

10 Attorneys for Defendant, City of Carmel-By-The-Sea

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN BARRETT, individually and on behalf of JAMES MARSHALL,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF CARMEL (CARMEL BY THE SEA); PAUL TOMASI, GERALD MALDONADO, RENE GUEVARA, and DOES 1-10, inclusive,<br><br>Defendants. | **Case No.: 5:25-cv-05846-EJD**<br>[*Honorable Edward J. Davila*]<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

**TO THE HONORABLE COURT**:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel for all parties who have appeared in this case hereby stipulate to the complete dismissal of the above-captioned action, with prejudice. Each side is to bear its own attorney's fees and costs incurred in this matter.

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of this Stipulation attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Respectfully submitted,

DATED: January 13, 2026         **LAW OFFICES OF DALE K. GALIPO**

/s/ *Dale K. Galipo*
Dale K. Galipo
Marcel F. Sincich
*Attorneys for Plaintiff*

DATED: January 13, 2026         **CARPENTER, ROTHANS & DUMONT**

/s/ *Kimberly Sarmiento*
Steven J. Rothans
Kimberly Sarmiento
Attorney for Defendants, City of Carmel-By-The-Sea, Chief Paul Tomasi, Officer Gerald Maldonado, and Officer Rene Guevara