# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN BARRETT, individually and on behalf of JAMES MARSHALL,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF CARMEL (CARMEL BY THE SEA); PAUL TOMASI, GERALD MALDONADO, RENE GUEVARA, and DOES 1-10, inclusive,<br><br>Defendants. | **Case No.: 5:25-cv-05846-EJD**<br><br>[*Honorable Edward J. Davila*]<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |

## ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the parties' Joint Stipulation to dismiss the action with prejudice is **GRANTED**.

**IT IS SO ORDERED.**

DATED: January 13, 2026

_____
Honorable Edward J. Davila
United States District Judge